# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2113 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 168 DB 2014 |
| | : | |
| HARRY J. LEVANT, | : | Attorney Registration No. 57079 |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2014, there having been filed with this Court by Harry J. Levant his verified Statement of Resignation dated October 17, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Harry J. Levant is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Rule 217, Pa.R.D.E.  Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.